■ STEVE MONICK, Appellant, v CITY OF NEW YORK, Defendant; MAX LESIN, Respondent.—Order of the Supreme Court, Kings County, dated January 3, 1975, affirmed, without costs. Under all of the circumstances in the record we cannot say that Special Term abused its discretion in granting respondent's motion for leave to serve an amended answer to plaintiff's complaint setting up the fellow-servant rule as a defense. Hopkins, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.